JOHN HARR, by Guardian, etc., Respondent, *v.* THE NEW
   YORK CENTRAL AND HUDSON RIVER RAILROAD COMPANY,
   Appellant.

(Argued March 28, 1889; decided April 23, 1889.)

APPEAL from judgment of the General Term of the Supreme Court in the fourth judicial department, entered upon an order made January 17, 1888, which affirmed a judgment in favor of plaintiff, entered upon a verdict.

This action was brought to recover damages for personal injuries to plaintiff, alleged to have been the result of defendant's negligence.

The question discussed here was as to the sufficiency of the evidence to authorize the submission of the question of defendant's negligence and of contributory negligence on the part of the plaintiff to the jury. After a full consideration of the evidence the conclusion of the court was, that the case was properly submitted to the jury.

*Frank H. Hiscock* for appellant.

*William Kennedy* for respondent.

POTTER, J., reads for affirmance.
All concur, except FOLLETT, Ch. J.; not sitting.
Judgment affirmed.